ORDERED.

Dated: October 11, 2018

_____
Arthur B. Briskman
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

CASE NO.: 6-18-bk-02313-ABB

In re:

JUAN C. COLON PAGAN, SR. and
NILSA I. COSTALES MARRERO,

    Debtor(s).
_____/

**ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM
NUMBER 3 FILED BY PEDRO J. BRULL**

THIS CASE came on for consideration upon the Debtors' Objection to Claim Number 3 filed by Pedro J. Brull (Document No. 22). The Court, having reviewed the objection, together with the record, and being fully informed in the premises, finds that as the Creditor failed to file

a response to the Objection within the time frame permitted; that the objection has merit and should be sustained. Accordingly, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1. That the Debtors' Objection to Claim Number 3 is sustained and that Claim Number 3 shall be allowed as a secured claim in the principal amount of $159,907.88, of which $5,453.12 is the secured mortgage arrearage.

**Alejandro Rivera, Esquire, Attorney for Debtor, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order**